AMANDO RIVERO and Another, Appellants, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment unanimously

affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.